JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3740
    Facsimile: (510) 637-3724
    E-Mail: Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4-08-70733 WDB |
|     Plaintiff, ) | AMENDED STIPULATION AND ORDER REGARDING WAIVER OF TIME PROVISIONS OF RULE 5.1 AND 18 U.S.C. § 3161(b) AND SETTING DATE FOR STATUS HEARING |
|     v. ) | |
| FRANCISCO ASIS, ) (a/k/a Frank Zamora), ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Jerome Matthews, that the next hearing on the status of this matter, which is currently set for December 1, 2008, shall be vacated. The parties agree that the hearing shall be continued to December 10, 2008 at 10:00 a.m. Defendant and his counsel continue to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 10 days of his initial appearance. The United States and defendant continue to discuss the possible resolution of this matter and expect that the matter will be on for change of plea and sentencing on December 10, 2008. Defendant's waiver

STIPULATED REQUEST TO CONTINUE
HEARING DATE

is based on the need for continuity of counsel and reasonable time necessary for effective preparation. The defense agrees that the waiver covers all time between November 14, 2008 and December 10, 2008.

IT IS SO STIPULATED:

Dated: November 26, 2008    /s/ Jerome Matthews
JEROME MATTHEWS
*Attorney for Defendant*

Dated: November 26, 2008    /s/ Joshua Hill
JOSHUA HILL
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under Rule 5.1(c) of the Federal Rules of Criminal Procedure, and the parties shall appear for a status hearing in this matter on December 10, 2008 at 10:00 a.m.

Dated: November 26, 2008

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE
HEARING DATE                -2-